NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONVERTER MANUFACTURING, LLC,**
*Appellant*

**v.**

**TEKNI-PLEX, INC.,**
*Appellee*

---

2023-1801, 2023-1802, 2023-1803

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00916, IPR2021-00918, IPR2021-00919.

---

## JUDGMENT

---

JOSEPH ANTHONY FARCO, Norris McLaughlin, PA, New York, NY, argued for appellant. Also represented by BENJAMIN D. SCHWARTZ.

MICHAEL A. FISHER, Dechert LLP, Philadelphia, PA, argued for appellee. Also represented by ROBERT W. ASHBROOK, JR., DIANE SIEGEL DANOFF, KEVIN M. FLANNERY, LUKE M. REILLY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CHEN, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 9, 2024
Date

Jarrett B. Perlow
Clerk of Court